OPINION — AG — ** MINE INSPECTION — DANGER STATION — CRIMINAL ** A DISTRICT MINE INSPECTOR, IN THE PERFORMANCE OF HIS DUTY TO SEE THAT THE MINING LAWS OF THE STATE ARE FAITHFULLY EXECUTED, MAY ENTER ANY COAL MINE IN HIS DISTRICT, OR WHEN DIRECTED TO DO SO BY THE CHIEF MINE INSPECTOR, MAY ENTER IN ANY OTHER DISTRICT OF THE STATE, TO MAKE AN EXAMINATION OR OBTAIN INFORMATION 'AT ANY TIME', EVEN WHILE A FIRE BOSS IS EXAMINING SUCH A MINE. (JURISDICTION, EMPLOYEES, SEARCH, EXAMINATION, GAS, VENTILATION, AUTHORITY) CITE: 45 O.S. 37 [45-37], 45 O.S. 102 [45-102] [45-102], 45 O.S. 580 [45-580], 45 O.S. 104 [45-104] [45-104], 45 O.S. 61 [45-61], 45 O.S. 561 [45-561] [45-561] (JAMES C. HARKIN)